**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Noel-Jeffrey Kalinosky,

Petitioner,

v.

City of West Saint Paul; AVR, Inc.; McNamara Contracting, Inc.; Dakota County; Bituminous Roadway, Inc.; Minnesota Curb & Gutter Concrete Company,

Respondent.

Case No. 26-CV-02089 (JMB/DTS)

**ORDER**

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Leo I. Brisbois dated November 25, 2024. (Doc. No. 4.) The R&R recommends that the Court dismiss this action under Federal Rule of Civil Procedure 41(b). (*Id.*) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 12) is ADOPTED;

2. The action is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute;

3. Petitioner's Application to Proceed without Prepaying Fees or Costs (Doc. No. 2) is hereby DENIED as moot;

4. Petitioner's Motion for a Preliminary Injunction (Doc. No. 3) is hereby DENIED as moot; and

5. Petitioner's Motion to Consolidate Related Actions (Doc. No. 10) is hereby Denied as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 20, 2026

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court